

FILED
CLERK, U.S. DISTRICT COURT
JUN 1 4 2019
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION  BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>Alfredo Barbo Ramirez III<br>    Defendant. | Case No.: ED CR 09-101-VAP<br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (✓) information in the Pretrial Services Report and Recommendation
    (✓) information in the violation petition and report(s)
    (✓) the defendant's nonobjection to detention at this time
    ( ) other: _____

1

1         and/ or

2 B. (✓) The defendant has not met his/her burden of establishing by clear and
3         convincing evidence that he/she is not likely to pose a danger to the safety
4         of any other person or the community if released under 18 U.S.C.
5         § 3142(b) or (c). This finding is based on the following:
6         (✓) information in the Pretrial Services Report and Recommendation
7         (✓) information in the violation petition and report(s)
8         (✓) the defendant's nonobjection to detention at this time
9         ( ) other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 6/14/19

SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE